David W. Newman, ISBN 8251
Assistant United States Trustee
Mary P. Kimmel, ISBN 3786
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Movant Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-41028-JDP |
| | Chapter 7 |
| ROBERT LAMONT ROBERTS, | |
| | |
| Debtor. | |

**ACTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE A MOTION TO DISMISS UNDER 11 U.S.C. §707(b)(3) AND A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

---

**Notice of Motion and Opportunity to Object and for a Hearing**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

1

Pursuant to Federal Rules of Bankruptcy Procedure 1017(e)(1) and 4004(b), the Acting United States Trustee ("United States Trustee"), moves the Court for an order extending the time to file a motion to dismiss under 11 U.S.C. § 707(b)(3) and a complaint objecting to discharge under 11 U.S.C. § 727. Absent an extension, the time for filing a motion to dismiss or a complaint objecting to discharge will expire on February 16, 2018.

1. On November 19, 2017, Robert Lamont Roberts ("Debtor") filed a voluntary Chapter 7 bankruptcy petition and related papers in the United States Bankruptcy Court for the District of Idaho, case number 17-41028-JDP. (Doc 1)

2. Pursuant to 11 U.S.C. § 704(b) and 28 U.S.C. § 586(a)(3)(D), the United States Trustee reviewed the materials filed by Debtor. The United States Trustee determined that additional review of Debtor's financial information was warranted and sent an inquiry to Debtor, through his counsel, on December 7, 2017. Debtor responded timely, but the information provided was not complete and did not adequately explain or document a number of transactions, and the United States Trustee sent a follow up inquiry on January 25, 2018. Debtor responded timely on February 8, 2018.

3. Additional time is required for the United States Trustee to evaluate Debtor's response and conduct any necessary follow up to complete his investigation of Debtor's financial affairs including his participation in what was termed a "money tranche". The United States Trustee believes an additional 60 days would be sufficient time for the extension. This is the first request for an extension.

WHEREFORE, the United States Trustee requests that the deadline to file a motion to dismiss under 11 U.S.C. §707(b)(3) and a complaint objecting to discharge under 11 U.S.C. § 727 be extended from February 16, 2018 until April 17, 2018.

Date:  February 15, 2018

GREGORY M. GARVIN
Acting United States Trustee Region 18

/s/ Mary P. Kimmel
MARY P. KIMMEL
Attorney for Acting United States Trustee
[Non-ECF email:  mary.p.kimmel@usdoj.gov]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2018, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gary Rainsdon (Chapter 7 Trustee)
Alexandra Caval (Debtor's Counsel)

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

Debtor

Robert Lamont Roberts
P.O. Box 850
Twin Falls, ID   83303

Date:  February 15, 2018

/s/ Mary P. Kimmel
MARY P. KIMMEL

3