# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

ROBERT LAMONT ROBERTS,

               Debtor.

Case No. 17-41028-JMM

Chapter 7

## ORDER GRANTING ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS FOR ABUSE UNDER 11 U.S.C. §707(b)(1) AND (b)(3)

Having considered the Acting United States Trustee's Motion to Dismiss for Abuse Under 11 U.S.C. § 707(b)(1) and (b)(3), the debtor having filed no objection thereto, and good cause appearing:

IT IS HEREBY ORDERED that the Acting United States Trustee's motion is granted and this case is dismissed pursuant to 11 U.S.C. § 707(b)(1) and (b)(3).

DATED:   July 3, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

Submitted by David W. Newman
Attorney for United States Trustee